# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE:  PETITION TO RESUME USE OF     : No. 41 MM 2022
INDICTING GRAND JURY IN THE THIRD  :
JUDICIAL DISTRICT                                  :
                                             :
PETITION OF:  MICHAEL J. KOURY, JR.,  :
PRESIDENT JUDGE                          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of June, 2022, the "Petition to Resume Use of Indicting Grand Jury" is GRANTED.

      Justice Brobson notes his dissent.